UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARLOS GARCIA,

                        Plaintiff,

                -v-

THOMAS GRIFFIN, *et al.*,

                        Defendants.

18-CV-8761 (KMK)

<u>ORDER</u>

KENNETH M. KARAS, United States District Judge:

In an Opinion & Order signed July 9, 2020, the Court dismissed without prejudice Plaintiff's claims against Defendants Bellamy, Stanaway, Gutwein, Griffin, and Giordano.  (Op. & Order 10–11 (Dkt. No. 51).)  The Court warned, however, that if Plaintiff failed to submit a second amended complaint within 30 days of the Opinion & Order, his claims against these Defendants could be dismissed with prejudice.  (*Id.* at 11.)  On August 14, 2020, Plaintiff requested an extension to submit his second amended complaint, (Dkt. No. 53), and the Court subsequently gave Plaintiff until September 9, 2020 to do so, (Dkt. No. 54).  Plaintiff requested an additional extension on September 21, 2020.  (Dkt. No. 56.)  Although the Court again granted the request, giving Plaintiff until October 21, 2020 to submit his second amended complaint, it cautioned there would be no further extensions.  (Dkt. No. 57.)  Because Plaintiff failed to comply with the October 21 deadline and then failed to submit his second amended complaint—or otherwise communicate with the Court—at any time in the following six months, (*see* Dkt.), his claims against Defendants Bellamy, Stanaway, Gutwein, Griffin, and Giordano are dismissed with prejudice.

The Court will hold a status conference with respect to Plaintiff's remaining claims on April 22, 2021 at 10:00 A.M.  (*See* Dkt. No. 62.)  The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

DATED:     April 12, 2021
           White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE